FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TX
February 3, 2015
KEITH E. HOTTLE
CLERK OF THE COURT

CAUSE NO. 14-01-0013-CVA

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT OF |
|  | § § § § | |
| | § | 81ST JUDICIAL DISTRICT |
| | § | |
| CHILDREN | § | ATASCOSA COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Jose Sanchez, Respondent, in the above styled and numbered cause, and pursuant to TEX. R. APP. P. 25.1 gives written notice of appeal. Respondent, Jose Sanchez, is the sole party filing this Notice of Appeal and desires to appeal the Order of Termination and Final Order in Suit Affecting Parent Child Relationship as to Jose Sanchez, rendered and signed on January 8, 2015.

Respondent desires to appeal from all portions of the judgment as it relates to termination of parental rights as to the child, H.S, subject of the suit.

Respondent desires to appeal specifically from the portion of the judgment that it was in the best interest of the child for the Texas Department of Family and Protective Services to be appointed as the Permanent Managing Conservator of the child when there was evidence of other appropriate family members capable of meeting the needs and welfare of the child, H.S., subject of the suit.

This appeal is to the Fourth Court of Appeals District of Texas. This is an accelerated appeal, pursuant to Tex. Fam. Code §263.405.

FILED 4:03 O'CLOCK ___M
MARGARET E. LITTLETON, DISTRICT CLERK

JAN 2 8 2015

CLERK DISTRICT COURT, ATASCOSA CO., TX
BY_____DEPUTY

Respectfully submitted,

LAW OFFICE OF LIONEL F. RICHARDSON, PLLC

1

**47**



By: _____
LIONEL F. RICHARDSON
State Bar No. 24051930
Attorney for Respondent Jose Sanchez

## CERTIFICATE OF SERVICE

This is to certify that on January 27th, 2015, a true and correct copy of the above and foregoing document was served on the all parties of record in this suit in accordance with the Texas Rules of Civil Procedure.

_____
LIONEL F. RICHARDSON